# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
|     **Petitioner** ) | |
| ) | |
| v. ) | **Civil Action No. 7:23-cv-00274** |
| ) | |
| **RADFORD UNIVERSITY,** *et al.,* ) | |
|     **Respondents.** ) | |

### RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Petitioner John Doe, by counsel, and gives notice of voluntary dismissal of this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. In support of this Notice Petitioner states the following:

1. Defendants herein have not filed an answer or motion for summary judgment.

2. The claim(s) raised in this action have not previously been dismissed in any state or federal action. F.R.C.P. 41(a)(1)(B).

WHEREFORE, Petitioner John Doe gives notice of voluntary dismissal of this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure

          Respectfully submitted,
          JOHN DOE

          */s/ Melvin E. Williams*
          Of Counsel

Melvin E. Williams (VSB No. 43305)
    *mel@williamsstrickler.com*
Meghan A. Strickler (VSB No. 88556)
    *meghan@williamsstrickler.com*
W<small>ILLIAMS</small> & S<small>TRICKLER</small>, PLC
1320 Third Street, SW
Roanoke, Virginia 24016
(540) 266-7800
(540) 206-3857 *facsimile*
    *Counsel for Petitioner John Doe*

## CERTIFICATE OF SERVICE

On this 28th day of December 2023, the foregoing Rule 41(a) Notice of Voluntary Dismissal Without Prejudice was filed with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

<u>/s/ Melvin E. Williams</u>
Of Counsel