UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:23-cv-00274 |
| ) | |
| RADFORD UNIVERSITY, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice. Dkt. 17. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED** that this action against both Defendants Radford University and Dr. Andrea Zuschin is dismissed without prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered: January 17, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge